U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED NOV - 7 2001

LORETTA G. WHYTE
CLERK

U.S. COURT OF APPEALS
FILED
01-2048 G
NOV 5 2001
CHARLES R. FULBRUGE III
CLERK

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 01-31002

IN RE: DAVID LEE WILLIAMS,

Movant.

---

Motion for an order authorizing
the United States District Court for the Eastern
District of Louisiana to consider
a successive 28 U.S.C. § 2254 application

---

Before DeMOSS, PARKER, and DENNIS, Circuit Judges.

BY THE COURT:

David Lee Williams, Louisiana state prisoner # 98840, requests authorization to file a successive 28 U.S.C. § 2254 application in the district court. Williams seeks to raise a due process claim based on his assertion that he had not been indicted by a grand jury. Williams argues that his motion relies on a factual predicate which could not have been discovered previously through due diligence. He states that he did not realize until 1999 that he had not been indicted, when he received, pursuant to a request for a copy of his indictment, a copy of a bill of information instead.

Even if Williams' factual basis is considered newly discovered, his argument does not raise a federal constitutional claim. See Wilkerson v. Whitley, 28 F.3d 498, 502-03 (5th Cir. 1994)(en banc); see also Tarpley v. Estelle, 703 F.2d 157, 161

O R D E R
No. 01-31002
-2-

n.7 (5th Cir. 1983). Accordingly, Williams has not satisfied the standards for authorization set forth in 28 U.S.C. § 2244(b).

MOTION DENIED.

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____
Deputy
11/5/01